WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Conrad Anthony Tull,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>David Shinn, et al.,<br><br>　　　　　Defendants. | No. CV-21-00965-PHX-JJT (ESW)<br><br>**ORDER** |

　　　The Court has received Plaintiff's proposed First Amended Complaint (Doc. 11). Plaintiff has failed to file a Notice of Filing First Amended Complaint which attaches "…a copy of the amended pleading that indicates in what respect it differs from the pleading which it amends, by bracketing or striking through the text that was deleted and underlining the text that was added." *See* LRCiv 15.1 (b).  The Court will strike without prejudice Plaintiff's First Amended Complaint.  Should Plaintiff chose to file a First Amended Complaint in the future, it must comply in all respects with both Fed. R. Civ. P. 15 and LRCiv 15.1.

　　　IT IS ORDERED striking without prejudice Plaintiff's First Amended Complaint (Doc. 11).

　　　Dated this 4th day of October, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Eileen S. Willett
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge