**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Conrad Anthony Tull,<br><br>    Plaintiff,<br><br>v.<br><br>David Shinn, et al.,<br><br>    Defendants. | No. CV-21-00965-PHX-JJT (ESW)<br><br>**ORDER** |

The Court has considered Defendants Herman and Shinn's Motion to Continue Case Deadlines (Doc. 24). No response has been filed, and the time to do so has passed. Good cause appearing,

IT IS ORDERED granting the Motion to Continue Case Deadlines (Doc. 24).

IT IS FURTHER ORDERED extending deadlines as follows:

| | |
|---|---|
| Dispositive motions not dependent on the factual record | **January 18, 2022** |
| Plaintiff's expert witnesses and reports | **February 16, 2022** |
| Defendants' witnesses and reports | **March 18, 2022** |
| Discovery | **April 18, 2022** |
| Dispositive motions | **May 18, 2022** |

The remainder of the Scheduling Order (Doc. 10) is affirmed.

Dated this 14th day of December, 2021.

Honorable Eileen S. Willett
United States Magistrate Judge