_CONRAD TULL ADC #294591_
Name and Prisoner/Booking Number

_A.S.P.C. - YUMA_
Place of Confinement

_P.O. Box 8909_
Mailing Address

_SAN LUIS, AZ 85349_
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

_CONRAD TULL_                              ,
(Full Name of Plaintiff)

                Plaintiff,

v.                                         CASE NO. _CV21-00965-PHX-JJT(ESW)_
                                           (To be supplied by the Clerk)

(1) _DAVID SHINN, ADCRR DIRECTOR_   ,
(Full Name of Defendant)                   **CIVIL RIGHTS COMPLAINT**
                                           **BY A PRISONER**
(2) _REBECCA HERNANDEZ_             ,
                                           _JURY TRIAL DEMANDED_
(3) _CHAPLAIN HERMAN_              ,
        _INDIVIDUALLY AND IN THEIR_         ☐ Original Complaint
(4) _OFFICIAL CAPACITIES_          ,        ☒ First Amended Complaint
                                           ☐ Second Amended Complaint
                Defendant(s).

☒ Check if there are additional Defendants and attach page 1-A listing them.

## A.  JURISDICTION

1.   This Court has jurisdiction over this action pursuant to:
        ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
        ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
        ☒ Other: _42 U.S.C. §2000 cc(A) ET SEQ.; 28 U.S.C. §1391(B)_        .

2.   Institution/city where violation occurred: _A.S.P.C.-YUMA / SAN LUIS_

Revised 12/1/20                          1                          **550/555**

## B. DEFENDANTS

1. Name of first Defendant: _DAVID SHINN_ . The first Defendant is employed as: _DIRECTOR_ at _ADCRR_ .
   (Position and Title)         (Institution)

2. Name of second Defendant: _REBECCA HERNANDEZ_ . The second Defendant is employed as: _COMPLEX FOOD SERVICE LIASON_ at _ARIZONA STATE PRISON COMPLEX - YUMA._
   (Position and Title)         (Institution)

3. Name of third Defendant: _CHAPLAIN HERMAN_ . The third Defendant is employed as: _ADCRR'S PASTORAL ACTIVITIES ADMINISTRATOR_ at _ADCRR_
   (Position and Title)         (Institution)

4. Name of fourth Defendant: _____ . The fourth Defendant is employed as: _____ at _____
   (Position and Title)         (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?      ☐ Yes    ☑ No

2. If yes, how many lawsuits have you filed? _____ . Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## B. DEFENDANTS

Each defendant is sued individually and in his or her official capacity. At all times mentioned in this complaint each defendant acted under the color of state law.

## D.   CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated:   RELIGIOUS LAND USE AND INSTITUTIONALIZED PERSONS ACT (RLUIPA)

2. **Count I.** Identify the issue involved.  Check only one.  State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☒ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I.  Describe exactly what each Defendant did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

PLAINTIFF CONRAD TULL IS a PRISONER assigned at ARIZONA DEPARTMENT OF CORRECTIONS REHABILITATION and REENTRY (ADCRR) YUMA COMPLEX. MR. TULL SETS FORTH HEREIN THAT HE HOLDS SINCERE RELIGIOUS BELIEFS IN ISLAM AND HAS A VEGETARIAN-SPECIFIC DIET PLAN.

DEFENDANT REBECCA HERNANDEZ IS THE COMPLEX FOOD SERVICE LIASON assigned at ARIZONA STATE PRISON COMPLEX (A.S.P.C.)- YUMA and RESPONSIBLE FOR PROVIDING INMATES WITH MEALS ACCORDING TO APPROVED RELIGIOUS DIETARY PLANS AUTHORIZED BY CHAPLAINCY.

DEFENDANT CHAPLAIN HERMAN IS THE (ADCRR'S) PASTORIAL ACTIVITIES ADMINISTRATOR and RESPONSIBLE FOR ADDRESSING INMATES ADMINISTRATIVE GRIEVANCES REGARDING RELIGIOUS ACTIVITIES IN ALL (ADCRR) COMPLEXES.

DEFENDANT DAVID SHINN IS THE DIRECTOR OF THE STATE OF ARIZONA DEPARTMENT OF CORRECTIONS REHABILITATION AND REENTRY (ADCRR) and RESPONSIBLE FOR THE APPOINTMENT, EMPLOYMENT, AND OVERALL OPERATION OF THE DEPARTMENT and EACH INSTITUTION UNDER ITS JURISDICTION .

CONTINUED 3-A

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

MR. TULL SUFFERED CONTINUED DEPRIVATION OF PRACTICE OF SINCERE RELIGIOUS BELIEFS and SUFFERED UNREASONABLE HUNGER and PHYSICAL PAIN DURING THE OBSERVANCE OF RAMADAN.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☒ Yes    ☐ No
   b. Did you submit a request for administrative relief on Count I?    ☒ Yes    ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?    ☒ Yes    ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

COUNT I

3. SUPPORTING FACTS, CONTINUED.

INCLUDING ARIZONA STATE PRISON YUMA (CHEYENNE UNIT).
GENERALLY, HE IS THE FINAL APPELLATE AUTHORITY OVER INMATE
INSTITUTIONAL GRIEVANCES AND CONCERNS.

IN ACCORDANCE WITH (ADCRR) D.O. POLICY, MUSLIM PRISONERS
AT YUMA COMPLEX COULD OBSERVE THE MONTH-LONG, DAWN TO
DUSK FAST DURING THE HOLY MONTH OF RAMADAN, AND ARE GIVEN
TWO (2) COLD SACK MEALS AT DINNER SERVICE.

MR. TULL SETS FORTH HEREIN THAT HE WAS REMOVED FROM
RAMADAN OBSERVANCE "PASS LIST," DEPRIVING HIM OF SPECIAL
MEAL SCHEDULES, INCLUDING INSUFFICIENT DIETARY REQUIREMENTS
FOR THE ENTIRE MONTH OF RAMADAN. (ID AT EXH. A)
RESTRICTIONS ON RELIGIOUS EXERCISE HAVE BEEN FOUND TO
VIOLATE THE FIRST AMENDMENT. Makin v. Colorado Dept. of
Corrections, 183 F.3d 1205 (10th Cir. 1999) (FAILURE TO ACCOMODATE
MUSLIM PRISONER'S FASTING REQUIREMENTS DURING RAMADAN);
Lovelace v. Lee, 472 F.3d 174, 187-91 (4th Cir. 2006) (MUSLIM PRISONER
REMOVED FROM RAMADAN OBSERVANCE "PASS LIST" DEPRIVING HIM
OF SPECIAL MEAL SCHEDULES AND GROUP PRAYER SERVICES).

ON APRIL 23, 2020, UPON ARRIVING TO THE KITCHEN DURING
DINNER SERVICE, KITCHEN STAFF TOLD ME THAT MY NAME WAS NOT
ON THE RAMADAN LIST. I RECEIVED NO VEGAN RAMADAN/DOUBLE
MEAL PORTION - FAR LESS THAN THE 2600 DAILY CALORIC INTAKE
RECOMMENDED BY THE FEDERAL GOVERNMENT AND PROVIDED AS
HOT MEALS TO THE REST OF THE PRISON POPULATION. THE
FOLLOWING DAY ON APRIL 24, 2020, I HAD A CONSULT WITH
PRISON CHAPLAIN VENGLONZO IN HIS OFFICE. CHAPLAIN VENGLONZO

3-A                        CONTINUED 3-B

COUNT I

3. SUPPORTING FACTS, CONTINUED.

CONFIRMED MY NAME ON THE "PASS LIST" FOR THE RAMADAN RELIGIOUS
OBSERVANCE AND FORWARDED PLAINTIFF'S INFORMATION TO
DEFENDANT HERNANDEZ VIA E-MAIL. DURING DINNER SERVICE, I
WAS INFORMED BY KITCHEN STAFF THAT MY NAME WAS STILL NOT ON
THE RAMADAN LIST AND STATED QUOTE, "TRINITY FOOD SERVICE DOES
NOT CATER TO VEGANS WHO PARTICIPATE IN RAMADAN." THEREAFTER,
CORRECTIONAL OFFICER PARRA CALLED CHAPLAIN VENALONZO TO THE
KITCHEN TO RESOLVE THE ISSUE, WHEREUPON KITCHEN STAFF INFORMED
CHAPLAIN VENALONZO WITH THE SAME RESPONSE AS GIVEN TO ME.
I RECEIVED NO VEGAN RAMADAN/DOUBLE MEAL PORTION. CONSEQUENTLY,
I CONTINUED TO BE DENIED EACH DAY [A] VEGAN RAMADAN/DOUBLE
MEAL PORTION FASTING REQUIREMENT DURING THE ENTIRE
HOLY MONTH OF RAMADAN WHICH IS CONSIDERED THE MOST
IMPORTANT TENET OF MY RELIGION. THIS WAS A VIOLATION OF
MY RIGHT TO FREE EXERCISE OF RELIGION UNDER THE U.S. CONSTITUTION
FIRST AMENDMENT, AND RLUIPA.

ON JUNE 1, 2020, I INITIATED (ADCRR'S) GRIEVANCE PROCESS AND
SUBMITTED AN INFORMAL COMPLAINT COMPLAINING OF INTERFERENCE
WITH MY RIGHT TO FREE EXERCISE OF RELIGION, UNEQUAL
TREATMENT, AND THE FACT THAT I WAS DENIED SUFFICIENT DIETARY
REQUIREMENTS DURING THE HOLY MONTH OF RAMADAN BY PRISON
INSTITUTIONAL STAFF. (ID AT EXH. B) ON JUNE 18, 2020, I RECEIVED
A RESPONSE FROM (C.O.3) BOJURQVEZ INFORMING ME THAT HE
HAD SPOKEN WITH PRISON CHAPLAIN KIDWELL, CHAPLAIN VENALONZO,
DEFENDANT HERNANDEL, AND STATED THAT INMATES UNDER
VEGAN DIET PARTICIPATING IN RAMADAN [O]NLY RECEIVE

3-B                                    CONTINUED 3-C

## COUNT I

3. SUPPORTING FACTS CONTINUED.

REGULAR VEGAN DIET PLATES. (ID AT EXH. B)

ON JUNE 19, 2020, I SUBMITTED a GRIEVANCE COMPLAINING OF
THE SAME ISSUES RAISED IN THE INFORMAL COMPLAINT. (ID AT EXH. C)
ON JUNE 23, 2020, I RECEIVED a RESPONSE FROM (C.O.4) LOPEZ
INFORMING ME THAT AFTER CONSULTATION WITH DEFENDANT
HERNANDEZ, IT HAS BEEN DETERMINED THAT THE CURRENT PROCESS
IN PLACE SATISFIES POLICY REQUIREMENTS, NO ADDITIONAL
ACCOMMODATIONS WILL BE MADE AT THIS TIME. (ID AT EXH. C)

ON JUNE 29, 2020, I SUBMITTED a GRIEVANCE APPEAL COMPLAINING
THAT THE CURRENT D.O. POLICY IN PLACE DOES NOT SATISFY THE
DIETARY REQUIREMENTS NECESSARY TO ACCOMMODATE MUSLIM
PRISONERS UNDER A VEGAN DIET PLAN DURING RAMADAN.
ON DECEMBER 15, 2020, I RECEIVED a RESPONSE FROM DEFENDANT
SHINN INFORMING ME THAT MY GRIEVANCE APPEAL HAD BEEN
REVIEWED AT CENTRAL OFFICE BY DEFENDANT CHAPLAIN HERMAN
AND THAT THE DEPARTMENT HAS DETERMINED THAT THE CURRENT
PRACTICE IS APPROPRIATE AND DOES NOT CONSTITUTE AN
UNREASONABLE BURDEN. (ID AT EXH. D)

THE FOLLOWING YEAR DURING THE OBSERVANCE OF RAMADAN
ON APRIL 12, 2021, UPON ARRIVING TO THE KITCHEN DURING
DINNER SERVICE, KITCHEN STAFF TOLD ME THAT MY NAME WAS NOT
ON THE RAMADAN LIST. I RECEIVED NO VEGAN RAMADAN/DOUBLE
MEAL PORTION. ACCORDINGLY, I SUBMITTED AN INFORMAL
COMPLAINT IN REGARD OF ME RECEIVING INSUFFICIENT PORTIONS
FOR MY RAMADAN RELIGIOUS DIET AND THE FACT THAT I HAD
THE SAME ISSUE OCCUR LAST RAMADAN 2020 AND I HAD TO

CONTINUED 3-D

COUNT I

3. SUPPORTING FACTS, CONTINUED.

ENDURE THIS SAME VIOLATION WITH MY RIGHT TO FREE EXERCISE
OF RELIGION. ON May 4, 2021, I RECEIVED a RESPONSE FROM
(C.O.3) BOJORQUEZ INFORMING ME THAT HE HAD SPOKEN WITH
PRISON CHAPLAIN KIDWELL. HOWEVER, THE RESPONSE RECEIVED
WAS APPROPRIATELY REMEDIED AND MINIMALLY COMPORTED
WITH MY SINCERE RELIGIOUS BELIEFS THEN PREVIOUSLY PROVIDED
IN ADMINISTRATIVE GRIEVANCE/GRIEVANCE APPEAL #20-019151.

THE INFORMAL COMPLAINT RESPONSE STATES QUOTE, "A REVIEW
OF YOUR COMPLAINT WAS COMPLETED AND THIS ISSUE WAS [F]IXED
BY CHAPLAIN KIDWELL AND YOU ARE RECEIVING THE CORRECT
PORTIONS IN YOUR RAMADAN DIET." (ID AT EXH. E)
THIS RESOLUTION AT a MINIMUM, PERMITS ME TO PRACTICE MY
RELIGION, BUT OTHERWISE SUPPORTS MY CLAIM THAT I WAS IN
FACT DENIED EACH DAY [a] VEGAN RAMADAN/DOUBLE MEAL
PORTION DURING THE OBSERVANCE OF RAMADAN 2020 BY PRISON
INSTITUTIONAL STAFF AND LIKEWISE, DEPRIVED OF SUFFICIENT
DIETARY REQUIREMENTS FOR THAT MATTER.

AS SUCH, PLAINTIFF'S ADMINISTRATIVE GRIEVANCES SUBMITTED
DURING THE COURSE OF 2020 YEAR AND THE DEFENDANTS'
RESPONSES TO THOSE GRIEVANCES AS RELATED TO THE SAME
ISSUE OF THE MATTER, WERE THEREFORE, IMPROPERLY
RESOLVED, AND THE ACTIONS OR INACTIONS BY EACH OF THE
DEFENDANTS' WERE DONE AS a MATTER OF AN UNCONSTITUTIONAL
CUSTOM, POLICY OR PRACTICE. AS a RESULT, INTERFERRED WITH
MR. TULL'S RIGHT TO FREE EXERCISE OF HIS RELIGION UNDER
THE U.S. CONSTITUTION FIRST AND FOURTEENTH AMENDMENT,

3-D                           CONTINUED 3-E

## COUNT I

3. SUPPORTING FACTS, CONTINUED.

RLUIPA, AND CRUEL AND UNUSUAL PUNISHMENT UNDER THE EIGHTH AMENDMENT.

MOREOVER, PLAINTIFF IDENTIFIED THE FREE EXERCISE OF RELIGION VIOLATIONS IN HIS COMPLAINTS/GRIEVANCES, SO EACH OF THESE DEFENDANTS' HAD KNOWLEDGE OF THE UNCONSTITUTIONAL CUSTOM, POLICY OR PRACTICE. THE INADEQUATE STATEMENT OF REASONS, THE FAILURE TO TAKE CORRECTIVE MEASURES WITHIN EACH DEFENDANTS' AUTHORITY UPON RECEIVING COMPLAINTS/GRIEVANCES GIVING NOTICE OF THE DEPRIVATION OF FREE EXERCISE VIOLATIONS.

DEFENDANTS' CONDUCT AS ALLEGED HEREIN HARMFULLY DEPRIVED MR. TULL OF SUFFICIENT DIETARY REQUIREMENTS DURING THE OBSERVANCE OF RAMADAN 2020 IN ACCORDANCE WITH BOTH, PLAINTIFF'S SINCERE RELIGIOUS BELIEFS AND DAILY CALORIC INTAKE RECOMMENDED BY THE FEDERAL GOVERNMENT.

DEFENDANTS' INTERFERRENCE WITH FREE EXERCISE OF RELIGION HAS CAUSED MR. TULL TO SUFFER DAMAGES.

## COUNT II

1. State the constitutional or other federal civil right that was violated: THE FOURTEENTH AMENDMENT'S EQUAL PROTECTION UNDER THE LAW

2. Count II. Identify the issue involved. Check only one. State additional issues in separate counts.
☐ Basic necessities            ☐ Mail            ☐ Access to the court            ☐ Medical care
☐ Disciplinary proceedings     ☐ Property        ☐ Exercise of religion          ☐ Retaliation
☐ Excessive force by an officer ☐ Threat to safety ☒ Other: EQUAL TREATMENT

3. Supporting Facts. State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

MR. TULL INCORPORATES COUNT ONE (1) SUPPORTING FACTS AS THOUGH FULLY SET FORTH HEREIN. AT VARIOUS TIMES, I WAS ASSIGNED AT OTHER COMPLEXES WITHIN THE (ADCRR). ON DECEMBER 15 2020, I RECEIVED A RESPONSE FROM DEFENDANT SHINN INFORMING ME THAT MY GRIEVANCE APPEAL HAD BEEN REVIEWED at CENTRAL OFFICE BY DEFENDANT HERMAN AND THE DEPARTMENT HAS DETERMINED THAT THE CURRENT PRACTICE IS APPROPRIATE AND DOES NOT CONSTITUTE AN UNREASONABLE BURDEN. (ID AT EXH. D)
MR. TULL CLAIMS THE DEFENDANTS' HAD IMPLEMENTED AND ENFORCED A DISCRIMINATORY RELIGIOUS POLICY THAT EFFECTIVELY BANNED THE FASTING REQUIREMENTS DURING THE OBSERVANCE OF RAMADAN 2020. I ASSERT THAT I HAVE NEVER HAD THE ISSUE OF BEING DEPRIVED OF SPECIAL MEAL SCHEDULES, INCLUDING INSUFFICIENT DIETARY REQUIREMENTS FOR THE ENTIRE MONTH OF RAMADAN WHILE ASSIGNED AT OTHER COMPLEXES WITHIN THE (ADCRR). (ID AT EXH. B, C, D) FURTHER, ON MAY 4, 2021, I RECEIVED A RESPONSE FROM (C.O.3) BATURRUEL INFORMING ME THAT A REVIEW OF MY COMPLAINT WAS COMPLETED AND THE ISSUE WAS [F]IXED BY CHAPLAIN KIDWELL ... AND RECEIVING THE CORRECT PORTIONS IN MY RAMADAN DIET. (ID AT EXH. E) SUCH INCONSISTENT TREATMENT SHOULD HAVE RAISED SIGNIFICANT CONCERNS AMONG EACH OF THE DEFENDANTS REGARDING
CONTINUED 4-A

4. Injury. State how you were injured by the actions or inactions of the Defendant(s).
MR TULL SUFFERED CONTINUED DEPRIVATION OF PRACTICE OF SINCERE RELIGIOUS BELIEFS AND SUFFERED UNREASONABLE HUNGER, HUMILIATION, AND PHYSICAL PAIN DURING THE OBSERVANCE OF RAMADAN.

5. Administrative Remedies.
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                    ☒ Yes    ☐ No
   b. Did you submit a request for administrative relief on Count II?              ☒ Yes    ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?     ☒ Yes    ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.

4

COUNT II

3. SUPPORTING FACTS, CONTINUED.

THE ALLEGED PRACTICE SUPPORTING THE POLICY OF BANNING THE
FASTING REQUIREMENTS DURING THE OBSERVANCE OF RAMADON 2020.

CONSEQUENTLY, THIS RESULTED IN UNNECESSARY BURDEN TO
PLAINTIFF'S SINCERE RELIGIOUS BELIEFS.

DEFENDANTS' UNEQUAL TREATMENT HAS CAUSED MR. FULL TO
SUFFER DAMAGES.

4-A

## COUNT II

1. State the constitutional or other federal civil right that was violated: THE FIRST AMENDMENT'S ACCESS TO THE COURT.

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☒ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

MR. TULL INCORPORATES COUNT ONE (1) SUPPORTING FACTS AS THOUGH FULLY SET FORTH HEREIN. AT VARIOUS TIMES, I WAS ASSIGNED AT OTHER COMPLEXES WITHIN THE (ADCRR). ON JANUARY 4, 2020 I SUBMITTED AN INMATE LETTER ADDRESSED TO PRISON OFFICIALS, CHAPLAINCY, (C.O.4) SECURITY W. CLORK, AND ADW CAMACHO REQUESTING A MEETING BE ARRANGED TO DISCUSS ACCOMMODATIONS TO ALLOW ME AND ALL PRISONERS AT CHEYENNE UNIT PARTICIPATING IN THE UPCOMING HOLY MONTH OF RAMADAN 2020 BE PROVIDED APPROPRIATE RELIGIOUS MEALS AND "PASS LIST" SCHEDULES. (ID AT EXH. F) I RECEIVED NO RESPONSE.

MR. TULL CLAIMS THE DEFENDANTS HAD IMPLEMENTED AND ENFORCED A DISCRIMINATORY RELIGIOUS POLICY THAT EFFECTIVELY BURDENED THE PRACTICE OF MY SINCERE RELIGIOUS BELIEFS FOR THE ENTIRE MONTH OF RAMADAN 2020 IN RETALIATION FOR PURSUING ADMINISTRATIVE GRIEVANCE PROCEDURES.

ON MARCH 16, 2020, I SUBMITTED AN INFORMAL COMPLAINT ADDRESSED TO PRISON OFFICIALS, CHAPLAIN BENGLONZO, (C.O.4) B. TORQUEZ, AND DEFENDANT HERNANDEZ EXPLAINING THAT I RECEIVED NO RESPONSE REGARDING INMATE LETTER AND REQUESTING TO BE PROVIDED APPROPRIATE RELIGIOUS MEALS DURING UPCOMING OBSERVANCE OF RAMADAN 2020. (ID AT EXH. G) I RECEIVED NO RESPONSE.

CONTINUED 4-A

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

MR. TULL SUFFERED CONTINUED DEPRIVATION OF PRACTICE OF SINCERE RELIGIOUS BELIEFS AND SUFFERED UNREASONABLE HUNGER, HUMILIATION, AND PHYSICAL PAIN DURING THE OBSERVANCE OF RAMADAN.
[INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS]

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count II?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

COUNT II

3. SUPPORTING FACTS, CONTINUED.

ON APRIL 23, 2020, THE OBSERVANCE OF RAMADAN 2020 BEGAN.
HOWEVER, UPON ARRIVING TO THE KITCHEN, PRISON OFFICIALS INFORMED
ME THAT MY NAME WAS SUSPENDED FROM VEGAN SPECIAL DIET AND
MY NAME DID NOT APPEAR ON THE RAMADAN OBSERVANCE "PASS LIST."
I RECEIVED NO EXPLANATION FOR JUST CAUSE.

SUBSEQUENTLY, AFTER SUBMISSION OF REQUESTS FOR ADMINISTRATIVE
RELIEF THROUGH GRIEVANCE PROCESS AND REGISTERING MY CONCERNS
WITH PRISON OFFICIALS, INCLUDING THE DEFENDANTS, SENIOR PRISON
CHAPLAIN KIDWELL'S ACTION(S) RESULTED ONLY IN REINSTATEMENT
OF MY VEGAN SPECIAL DIET, BUT MY REQUESTS TO BE PLACED ON
THE RAMADAN OBSERVANCE "PASS LIST" WERE DISREGARDED. (ID AT
EXH. D-GRIEVANCE APPEAL RESPONSE). KIDWELL'S ACTION(S) WOULD
APPEAR TO HAVE RESOLVED THE ISSUE THOUGH BELATEDLY.

RETALIATION BY PRISON OFFICIALS FOR FILING GRIEVANCES HAS
BEEN FOUND TO VIOLATE THE FIRST AMENDMENT. SEE V. PACHECO, 627 F.3d
C.A. 10 (WYO.) 2010 (STATE PRISONER'S ALLEGATIONS THAT HE FILED
GRIEVANCES AGAINST PRISON OFFICIALS, THAT OFFICIALS WERE AWARE
OF HIS GRIEVANCES, AND THAT HE WAS TRANSFERRED... IN [C]LOSE
TEMPORAL PROXIMITY TO FILING OF GRIEVANCES WERE SUFFICIENT TO
PLEAD RETALIATION FOR EXERCISE OF HIS FIRST AMENDMENT RIGHTS...);
HAWKINS V. BROOKS, 694 F. SUPP. 2d 434 (W.D.P.A. 2010) (WHERE THERE
IS A LACK OF TEMPORAL PROXIMITY, CIRCUMSTANTIAL EVIDENCE OF [A]
PATTERN OF ANTAGONISM FOLLOWING THE PROTECTED CONDUCT CAN
ALSO GIVE RISE TO AN INFERENCE OF A CAUSAL CONNECTION
BETWEEN THE ADVERSE ACTIONS AND THE PROTECTED ACTIVITY, AS
REQUIRED TO ESTABLISH PRIMA FACIE... ACTION).

4-A                                    CONTINUED 4-B

## COUNT II

3. SUPPORTING FACTS. CONTINUED.

NEVERTHELESS, APPROXIMATELY WITHIN FOUR MONTHS AFTER
PREVIOUS EXHAUSTION OF ADMINISTRATIVE GRIEVANCES, THE
FOLLOWING YEAR DURING THE OBSERVANCE OF RAMADAN 2021, I WAS
ABRUPTLY REMOVED FROM THE "PASS LIST" ONCE AGAIN, DESPITE
DEFENDANTS' KNOWLEDGE OF MY REGISTERED COMPLAINTS AND
APPROPRIATE RESOLUTION OF THE MATTER. I INITIATED THE
PRISON INSTITUTIONS GRIEVANCE PROCEDURE ONCE AGAIN. (ID AT EXH. E)

CONSEQUENTLY, I HAD ENDURED THE SAME ADVERSE ACTIONS AS
THE INITIAL INCIDENT THAT EFFECTIVELY BURDENED THE PRACTICE
OF MY RELIGION FOR PART OF THE MONTH OF RAMADAN 2021. (ID...)
SUCH A PATTERN OF ANTAGONISM DURING EACH YEAR OF RAMADAN
BY THE DEFENDANTS COULD REASONABLY BE DETERMINED THAT
I WAS REMOVED FROM THE "PASS LIST" BASED SOLELY IN
RETALIATION FOR PURSUING ADMINISTRATIVE GRIEVANCE PROCEDURES.

PLAINTIFF CLAIMS, DEFENDANTS' ADVERSE ACTIONS RESULTED
IN UNNECESSARY BURDEN TO HIS SINCERE RELIGIOUS BELIEFS AND
HAS CAUSED HIM TO SUFFER DAMAGES.

## E.   REQUEST FOR RELIEF

State the relief you are seeking:

1. COMPENSATORY (NON-ECONOMIC) DAMAGES FOR PHYSICAL PAIN AND SUFFERING, HUNGER AND HUMILIATION, INCLUDING DEPRIVATION OF EXERCISE OF RELIGION, IN AN AMOUNT OF $3,100,000.00 JOINTLY AND SEVERALLY AGAINST DEFENDANTS SHINN, HERNANDEZ, AND HERMAN; 2. INJUNCTIVE AND DECLATORY RELIEF; 3. COSTS AND TAXABLE EXPENSES INCURRED HEREIN; 4 ATTORNEY'S FEES PURSUANT TO U.S.C. § 1988; 5. SUCH RELIEF THIS COURT DEEMS JUST, PROPER, AND EQUITABLE.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___09/28/2021___
                        DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space, you may attach no more than fifteen additional pages.  But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6

ATTACHMENT

# EXHIBIT

# A

Witness List of Officers on Duty in Chow Hall.

| DAY | DATE | BADGE # NAME | DAY | DATE | BADGE # NAME |
|------|--------|------------------|------|--------|------------------|
| URS. | 04/23/20 | ? ? | Mon | 05/18/20 | Co. 7044 GARCIA |
| 4 | 04/24/20 | Co. 11184 PARRA | TUES. | 05/19/20 | Co. 9253 MUNOZ |
| AT | 04/25/20 | Co.11184 PARRA | WED | 05/20/20 | Co. 7050 CASTELLON |
| UN | 04/26/20 | Co-12636 MEZA | Thurs | 05/21/20 | ? ? |
| Mon. | 04/27/20 | Co. 7044 GARCIA | FRI | 05/22/20 | Co 8880 AGUILAR |
| TUES. | 04/28/20 | Co. 7050 CASTELLON | | | |
| WED | 04/29/20 | Co. 7044 GARCIA | | | |
| Thurs | 04/30/20 | Co 5187 REYEZ | | | |
| FRI | 05/01/20 | Co. 7044 GARCIA | | | |
| SAT | 05/02/20 | Co. 11184 PARRA | | | |
| SUN | 05/03/20 | Co. 3024 CABALLERO -F | | | |
| Mon | 05/04/20 | Co. 7044 GARCIA | | | |
| TUES | 05/05/20 | Co. 5187 REYEZ | | | |
| WED | 05/06/20 | Co 7044 GARCIA | | | |
| Thurs | 05/07/20 | Co. 7050 CASTELLON | | | |
| FRI | 05/08/20 | Co. 9258 BAY | | | |
| SAT | 05/09/20 | Co 3200 LOPEZ | | | |
| SUN | 05/10/20 | Co 4474 RUIZ & SGT 4555 EVANS. | | | |
| MON | 05/11/20 | Co 9253 MUNOZ & Co 4909 ROMERO -F | | | |
| TUE | 05/12/20 | Co. 7050 CASTELLON | | | |
| WED | 05/13/20 | Co 7044 GARCIA | | | |
| Thurs | 05/14/20 | Co 2307 PELAYA | | | |
| FRI | 05/15/20 | Co 4474 RUIZ | | | |
| SAT | 05/16/20 | Co 11271 ENGLAND | | | |
| SUN | 05/17/20 | Co 15676 MEZA | | | |

# EXHIBIT

# B



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

*Complaints are limited to one page and one issue.*

*Please print all information.*

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | INSTITUTION/UNIT | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| Tull, Conrad   A | 294591 | YUMA-CHEYENNE | 06/01/20 |

| TO | LOCATION |
|---|---|
| CO III BOJORQUEZ | CHEYENNE BLD # 7 |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I SUBMITTED A TIMELY REQUEST TO BE PLACED ON the List of Muslims OBSER-
VING RAMADAN 2020 TO CHAPLAIN BENACONZO. HE SUBMITTED That list
TO REBECCA HERNANDEZ THE LIAISON FOR TRINITY FOOD SERVICE AND D.O.C.
The FIRST DAY OF RAMADAN I WAS TOLD By the KITCHEN thaT MY NAME WAS
NOT ON The RAMADAN List, SO I WAS DENIED MY RAMADAN PORTION/DOUBLE PORTION,
I only GOT A REGULAR VEGHAN SACK. THE NEXT DAY ChAPLAIN BENACONZO DOUBLE CHECK-
ED The list, CONFIRMED MY NAME BEING ON IT, AND RESUBMITTED IT TO REBECCA
HERNANDEZ BY EMAIL in MY PRESENCE. LATER ThAT DAY I WAS AGAIN TOLD thAT
MY NAME WAS STILL NOT on the list, FollowED By the InSuLt that TRINITY FOOD SERVICE
DO NOT CATER TO VEGANS Who PARTICIPATE IN RAMADAN, THERE'S No Such Thing
AS A VEGAN RAMADAN, THERE IS No Such DIET PLAN. CO11184 PARR A CAlled
ChAPLAIN BENACONZO By RADIO TO The KITCHEN, where WAS Told The SAME
Thing, SO YET AGAIN I WAS DENIED MY RAMADAN PORTION. This CONTINUED
FOR The ENTIRE MONTH OF RAMADAN, With NO COMPENSATION FOR MY PRE-DAWN
MEAL, Which IS A VIOLATION OF MY 1ST AND 14th AMENDMENT RIGHT
BEING DENIED MY MEALS DURING the PERIOD OF OBSERVING THE MoST IMPORT-
ANT TENET OF MY RELIGION WAS MoSt DISRESPECTFUL AND OFFENSIVE, HAV-
ING TO DEAL With the FaCt ThAT TRINITY FOOD SERVICE AND YUMA COMPLEX CHEYENNE
UNIT CANNoT FIGURE OuT HoW TO FEED A MuSLiM WHO IS A VEGAN.
     I NEVER HAD This ISSUE on ANY other YARD iN A.D.O.C.
Resolution :- FRom  04/23/20 — 05/22/20  — RAMADAN 2020
           PLEASE FIX This ISSUE iN All DOC-R.R. KItchEN SO This
     DOES NOT hAPPEN TO ME or Anyone ELSE IN The FuTuRE.

| INMATE SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| Conrad ᴬTull-el    All RIGHTS RESERVED ucc 1-308 | 06/01/20 |

Have you discussed this with institution staff?   ☑ Yes   ☐ No

If yes, give the staff member name:   ADW CARMACHO. SGT. #555 EVANS

Distribution:   INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL:  White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14



## Inmate Grievance/Informal Response Notice Non-Medical

**Inmate Name:** CONRAD TULL

**ADC#:** 294591

**Prison/Unit:** YUMA/YUMA CHEYENNE

**Bldg/Bed:** Y02 207B08L

## Case #:20-019151

## Informal Complaint

**Type:** Informal Response

**Date Received:**

**Response Author:** 06/18/2020 12:11 PM

**Responded On:** 06/18/2020 12:18:13 PM

**Decision:**

## Case Details

**Case Number:** 20-019151

**Grievance Status:** Open

## Case Data

**Prison of Complaint:** YUMA

**Opened Date:** 06/18/2020 12:11 PM

**Grievance Category:** Religion

**Unit of Complaint:** YUMA CHEYENNE

**Grievance Stage:** Informal Submitted

## Informal Grievance Response

**Grievance Date:** 06/01/2020 12:00:00 AM

**Response Due:** 07/10/2020 12:11 PM

**Issue:** Ramadan

**Responder:** ROGELIO BOJORQUEZ

**Response:** In response to your Informal Compliant Resolution dated on 06/01/2020 regarding your issue with the responses received from Chaplin Kidwell and Trinity Food Service Liaison about your request of get a special diet Vegan Ramadan. A review of your complain was completed and as you mentioned in your Informal Complain, you have been responded by Chaplin Kidwell , Chaplin Venalonzo and Trinity Food Service Hernandez that inmates under Vegan Diet participating in Ramadan only receive regular Vegan Diet Plates. I was advised by Chaplin Venalonzo that you discussed this issue in person with Senior Chaplin Kidwell on Monday June 15, 2020. At that meeting with Chaplin Kidwell you received the same answer. I returned this Informal Complain as resolved. If you are not agreeing with this response, you may precede to the next level in the Grievance process with five work days of receipt this response.

⌐Unprocessed

**Officer's Name:** BOJORQUEZ, ROGELIO NMI

**Notice:** If you are dissatisfied with the Informal Complaint Response, you may file a formal grievance (form 802-1 Inmate Grievance, and/or form 802-7 GF Supplement) within five (5) workdays from receipt of the above response to the Grievance Coordinator by:
· Placing a single complaint on a single Inmate Grievance form.

**NOTE: If multiple unrelated issues are on a single form or if a duplicate complaint is filed, the grievance shall be rejected and returned unprocessed.**

# EXHIBIT

# C



ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Grievance

| | |
|---|---|
| RECEIVED BY | R. Bojorquez |
| TITLE | CO IV |
| BADGE NUMBER | 1008 |
| DATE (mm/dd/yyyy) | 06/19/20 |

Note: You may appeal the Grievance Coordinator's decision by filing form 802-3, within 10 calendar days of receipt of this notice.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Tull Conrad ·A· | 294591 | 06/18/2020 |

| INSTITUTION/UNIT | CASE NUMBER |
|---|---|
| YUMA-CHEYENNE. | 20-019151 |

TO: GRIEVANCE COORDINATOR    CO IV BOJORQUEZ LOPEZ

Description of Grievance (To be completed by the Inmate)

I AM A MUSLIM. I HAVE A VEGAN DIET. AFTER BEING DENIED MY MEAL BY TRINITY FOOD SERVICE WHEN RAMADAN BEGAN (04/23/2020), CHAPLAIN VENA LONZO TRIED TO REMEDY THE SITUATION, BUT HE WAS UNSUCCESSFUL, SO I WROTE TO SNR. CHAPLAIN KIDWELL REQUESTING ASSISTANCE, HE IGNORED ME, I NEVER GOT A RESPONSE I SOUGHT ASSISTANCE FROM NUMEROUS MEMBERS OF DOC:s STAFF, I WAS EITHER REFERRED TO THE SNR. CHAPLAIN, OR TOLD TO WRITE A GRIEVANCE. I GOT NO HELP!. SO I WAS MADE TO SUFFER FOR THE ENTIRE MONTH OF RAMADAN BEING DENIED THE APPROPRIATE PORTION OF FOOD, HAVING TO ENDURE ONE MEAL PER DAY CONSISTING MAINLY OF 4 SLICES OF BREAD, THREE 3 INCH PIECES OF CELERY AND 1 PACK OF GRAHAM CRACKERS - 3 IN A PACK PEANUT BUTTER AND JELLY. THIS IS ALL I GOT AFTER FASTING

Proposed Resolution (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

IF THERE IS A POLICY OF DOC OR TRINITY FOOD SERVICE THAT DENIES MEALS TO MUSLIMS / ANY INMATE THAT IS FASTING IN OBSERVATION OF THEIR RELIGION, BE CAUSE OF THEIR DIET PLAN (MY DIET BEING VEGAN PLANT), THAT POLICY SHOULD BE CANCELLED FORTH-WITH. CHAPLAINCY SHOULD BE ABLE TO DILTATE TO TRINITY FOOD SERVICE IN MATTERS OF RELIGIOUS DIETS, NO THE OTHER WAY AROUND.

| INMATE'S SIGNATURE | DATE (mm/dd/yyyy) | GRIEVANCE COORDINATOR'S | DATE (mm/dd/yyyy) |
|---|---|---|---|
| (OMRAI) A. Tull-el ALL RIGHTS RESERVED | 06/18/2020 | LOPEZ, E. | 06/22/20 |

| Action taken by | Documentation of Resolution or Attempts at Resolution. |
|---|---|
| See attached | |

| STAFF MEMBER'S SIGNATURE | BADGE NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Gamache | #825 | 6/22/20 |



**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Grievance – GF Supplement

| INMATE'S NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/FACILITY | CASE NUMBER |
|---|---|---|---|
| Tull, Conrad · A · | 294591 | YUMA - CHEYENNE | 20-019151 |

All DAY. This went on FOR 30 DAYS AND I GoT No RELiEF. THERE IS ever
A DOZEN MEMBERS of DOC STAFF, SERGEANTS AND CO'S WHO WITNESSED
THIS, I HAVE OBSERVED RAMADAN ON LEVEL 5 AND LEVEL 4 FACILITIES,
AND NEVER HAD THIS PROBLEM ONLY AT YUMA COMPLEX · CHEYENNE UNIT.

| SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Conrad A Tull-el  ALL RIGHTS RESERVED UCC 1-308 | 06 / 18 / 2020 |

INITIAL DISTRIBUTION:     GF Supplement – White and Canary or Copies - Grievance Coordinator
                         Pink, or Copy - Inmate

FINAL DISTRIBUTION:      White or Copy – Inmate
                        Canary or Copy – Grievance File

802-7
12/12/13



# Inmate Grievance/Formal Response Notice
## Non-Medical

**Inmate Name:** CONRAD TULL

**ADC#:** 294591

**Prison/Unit:** YUMA/YUMA CHEYENNE

**Bldg/Bed:** Y02 207B08L

## Case #:20-019151

## Formal Grievance

**Type:** Formal Response

**Date Received:** 06/18/2020 12:11:00 PM

**Response Author:**EMANUEL LOPEZ

**Responded On:** 06/23/2020 11:27:48 AM

**Decision:** Resolved

## Case Details

**Case Number:** 20-019151

**Grievance Status:**

## Case Data

**Prison of Complaint:** YUMA

**Opened Date:** 06/18/2020 12:11:00 PM

**Grievance Category:** Religion

**Unit of Complaint:** YUMA CHEYENNE

**Grievance Stage:**

## Formal Grievance Response

**Responder Name:** EMANUEL LOPEZ

**Due Date:** 07/15/2020 11:27:10 AM

**Date/Time:** 06/23/2020 11:27:48 AM

**Result:** Resolved

**Response:** In consultation with R. Hernandez, Yuma Complex Contracts Liaison, it has been determined that the current process in place satisfies policy requirements. No additional accommodations or changes will be made at this time.

☐Override          ☐Data Input Error          ☐Unprocessed          ☐Extension

**RestitutionRecommended:** No

**Notice:** You may elect to appeal the decision of the Deputy Warden to the Director (form 802-1 Inmate Grievance, and/or form 802-7 GF Supplement) within five (5) workdays from receipt of the above response to the Grievance Coordinator by
·Ensuring the grievance procedure within their assigned unit and institution has been exhausted.

# EXHIBIT

# D

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Grievance Appeal

Please type or print in black or blue ink.
(To be completed by staff member
initially receiving appeal)

| The inmate may appeal the Deputy Warden's decision to the Director by requesting the appeal on this form. | Received By: | R. Bojorquoc |
| | Title: | CO ___ |
| | Badge #: | 7008 |
| | Date: (mm/dd/yyyy) | 06/29/20 |

**Please Print**

| INMATE NAME (Last, First M.I.) (please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Tull, Conrad A. | 294591 | 06/29/2020 |

| INSTITUTION/UNIT | CASE NUMBER |
|---|---|
| YUMA-CHEYENNE | 20-019151 |

TO:    A D O C    DIRECTOR.

I am appealing the decision of  RAMADAN FORMAL GRIEVANCE RESPONSE    for the following reasons:

ACCORDING TO THIS FORMAL GRIEVANCE RESPONSE, PER R. HERNANDEZ, "CURRENT PROCESS IN PLACE SATISFIES POLICY REQUIREMENTS" THAT MAY BE TRUE, BUT IT SURE DON'T SATISFY THE REQUIREMENT NECESSARY ~~THE REQUIREMENT~~ TO FEED AN INMATE/MUSLIM WITH A VEGAN DIET PLAN APPROPRIATELY, NOR COMPARABLY TO OTHER INMATE WITH OTHER DIET PLANS DESERVING RAMADAN. THE CURRENT PROCESS IN PLACE DEMONSTRATES TOTAL DISREGARD FOR INMATES RELIGION AND RELIGIOUS PRACTICE, ALSO FOR THEIR HEALTH AND WELL BEING MENTAL, PHYSICAL AND ~~SPAS~~ SPIRITUAL. THIS PROCESS VEHEMENTLY REFUSES TO COMPROMISE, AND VIGOROUSLY ENFORCES ITS POSITION. ON SUNDAY 05/10/2020, EVENING CHOW WAS BEFORE SUNSET (WHICH IS TIME TO

| INMATE'S SIGNATURE | DATE (mm/dd/yyyy) | GRIEVANCE COORDINATOR'S SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Conrad Tull-el AU RIGHTS RESERVED UCC 1-308 | 06/29/2020 | LOPEZ, F | 07-03-20 |

| RESPONSE TO INMATE BY | LOCATION |
|---|---|
| | |

| STAFF SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| | |

DISTRIBUTION: INITIAL:   White & Canary – Grievance Coordinator
                            Pink – Inmate
                FINAL:   White – Inmate
                            Canary – Grievance File

802-3
10/18/16



ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Grievance – GF Supplement

| INMATE'S NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/FACILITY | CASE NUMBER |
|---|---|---|---|
| Tull, Conrad -A- | 294591 | YUMA-CHEYENNE | 20-019151 |

BREAK FAST) This Process would not Allow me To Take my meal From the Chaw hall, EVEN though The kitchen Supervisor knew That (1) This would be my only meal For the next 24 Hrs. (2) This would be my only HOT MEAL For the next 7 DAYS and (3) That I had only RECEIVED HALF of my meals For the Past 18 days. I REPORTED This To SGT. #555 EVANS. The current Process IN Place, IS HARASSMENT And COERCION INSTITUTED By ADOC. And TRINITY Food SER-VICE STAFF, Which IS IN VIOLATION OF ADOC'S DEPARTMENT ORDER 904.03 1.1.2 FORCING ME To either chanGE my Religion or DON'T EAT. Furthermore, IT IN VIOLATION OF The UNITED STATES CONSTITUTION'S 1st AMENDMENT. BECAUSE "THE CURRENT PROCESS IN PLACE", PLACED A SUBSTANTIAL BURDEN ON ME FOR 30 CONSECUTIVE DAYS OF FASTING DUE TO ITS PREJUDICE And DISCRIMINATION, Which PREVENTED ME FROM FREELY EXERCISING MY RELIGION. The "current PROCESS IN PLACE" ALSO VIOLATED my 14th AMENDMENT RIGHT To EQUAL PROTECTION OF THE LAW. I'VE OBSERVED Ramadan ON LEVE 5 And LEVEL 4 Facilities, And NEVER EnCOUNTERED This PROBLEM. SO IF SUCH A PROCESS AS I'VE ACCURATELY DESCRIBED SATISFIES POLICY REQUIREMENTS AT YUMA COMPLEX, I would VERY much liKE To HAVE/SEE ACOPY of said POLICY (BECAUSE THERE IS NONE IN THE LIBRARY) To REVIEW, And I HEREBY RESPECTFULLY REQUEST ThAT SAID Policy BE MODIFIED /changed To ACCOMMODATE All DIET PLANS AS They PERTAIN To RELIGIOUS FASTING. Muslims HAS BEEN OBSERVING Ramadam IN PRISON FOR DECADES, The current Process IN PLACE IS TANTA Mount To PERSECUTION, And PERSECUTION IS WORST thAN MURDER. But WhAT I FIND MOST TROUBLING IS THE FACT STILL EXIST IN THE YEAR 2020, How IS This BEING Allowed To Continue? IS ThAT I IN THE YEAR 2020 Such A PROCESS Still EXIST, How IS THIS BEING Allowed To CONTINUE? And ACCORDING To CO II LOPEZ, R. HERNANDEZ, YUMA COMPLEX CONTRACTS LIAISON (SEEM To FIND NOTHING WRONG WITH This PROCESS) STATED "IT HAS BEEN DETERMINED (BY WhOM?) ThAT THE CURRENT PROCESS IN PLACE SATISFIES POLICY REQUIREMENTS." "NO ADDITIONAL ACCOMMODATION OR CHANGES WILL BE MADE At THIS TIME". IF NOT AT THIS TIME, WHEN?, How And OR WHY ARE They SO CONFIDENT ThAT NOTHING WILL CHANGE?, ARE They ThAT COMFORTABLE WITH THE STATUS QUO?, WELL THE STATUS QUO NEEDS To GO, BECAUSE ITS UNJUST And UNCONSTITUTIONAL. Policy That CONDONES Such A RECALCITRANT PROCESS IS WOEFULLY LACKING IN the ABILITY To Protect THE CONSTITUTIONAL-ly GUARANTEED RIGHTS OF THE INMATE PopuLation ThAT IT GOVERNS.

| SIGNATURE Conrad Tull-el | DATE (mm/dd/yyyy) |
|---|---|
| All RIGHTS RESERVED UCC2-308 | 06/29/2020 |

INITIAL DISTRIBUTION: GF Supplement – White and Canary or Copies - Grievance Coordinator
Pink, or Copy - Inmate

FINAL DISTRIBUTION: White or Copy – Inmate
Canary or Copy – Grievance File

802-7
12/12/13

# ARIZONA DEPARTMENT OF CORRECTIONS
# INMATE GRIEVANCE APPEAL RESPONSE



ARIZONA DEPARTMENT

7 BOBL

OF CORRECTIONS

| Log# | Inmate Name | ADC# | Case# | Complex | Unit |
|------|-------------|------|-------|---------|------|
| GV-20-0422 | TULL | 294591 | 20-019151 | YUMA | Y02 ASPC-Y CHEYENNE UNIT |

Your grievance appeal dated 06/29/2020 has been reviewed at Central Office by Chaplain Herman, ADC's Pastoral Activities Administrator, on 12/08/2020. He has reviewed your grievance and provides the following response:

In your inmate grievance appeal at the Yuma complex you stated in part, "... 'CURRENT PROCESS IN PLACE SATISFIES POLICY REQUIREMENTS'THAT MY BE TRUE, BUT IT SURE DON'T SATISFY THE REQUIREMENT NECESSARY TO FEED AN INMATE/MUSLIM WITH A VEGAN DIET PLAN APPROPRIATELY, NOR COMPARABLY TO other INMATES WITH other DIET PLANS OBSERVING RAMADAN."

In conversation with Senior Chaplain Kidwell, it was discovered late into the Ramadan observance your name [RAMADAN] had been removed. Senior Chaplain Kidwell had your name placed back on the observance and personally [conclused] apologized at your cell for the trouble which this cased. You were not singled out for a denial of your religious [on 05/22/20] rights and Senior Chaplain Kidwell corrected the issue when he discovered the issue. [chaP wain]

The process for serving meals to participating incarcerated individuals during the observance during the month [VISIT WAS] of Ramadan has not changed for a number of years. This process was legally challenged and the department [Mon DAY] was awarded Summary Judgement in August of 2016. The process will remain unchanged. [06/15/20]

Notwithstanding what you contend is the sincerity of your religious beliefs, and assuming for the purposes of this grievance that your religious beliefs are sincerely held, in reviewing the documentation, the Department has [18:00 HRS] determined that the current practice is appropriate and does not constitute an unreasonable burden on your exercise of your version of your religion.
Your proposed resolution is denied. No further action is warranted in this matter.

CC: Warden, Yuma Complex

*Barreras*

**Appeals Officer**

*CRGlynn for*

**David Shinn, Director**

12/15/2020

**Date**

# EXHIBIT

# E



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

Complaints are limited to one page and one issue.   Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Tull, Conrad | 294591 | YUMA-CHEYENNE | 04/12/2021 |

| TO | LOCATION |
|---|---|
| CO III BOJORQUEZ | BLD #7 |

State briefly but completely the problem on which you desire assistance.  Provide as many details as possible.

I SUBMITTED A TIMELY REQUEST TO BE PLACED on the LIST
OF MUSLIMS OBSERVING RamADAN 2021 (Which STARTED TODAY
04/12/21) To CHAPLAIN FOUSE, I SPOKE TO SNR.CHAPLAIN
KIDWEIL ON TUESDAY 04/06/21 CONCERNING MY NAME BEING
on the LIST SUBMITTED TO TRINITY FOOD SERVICE FOR MY
MEALS / DIET DURING RamADAN. HE (SNR ChaPlaiN KIDWEII)
ASSURED ME THAT HE REMEMBERED ThAT TRINITY FOOD
SERVICE DID NOT CATER FOR MY VEGAN DIET LAST
YEAR (2020) During RamADan, AND DENIED ME MY
MEALS FoR THE ENTIRE Month of RAMADAN, SO HE
PERSONALLY PlacED MY NAME on The LIST This YEAR,
But when I WENT TO The CHOW HALL TODAY MY NAME
WAS NoT on the LIST FoR RAMADAN PORTION / DOUBLE
PORTION, AND I WAS DENIED MY MEAL.
SGT. 4375 ROCHA and CO 6312 TORRES WAS PRESENT AND
WITNESSED ThAT I oNLY GOOT A SINGLE PoRTion.
I HAD TO EnDURE This SAME VIOLATION of MY HUMAN
CONSTITUTIONAL AND RELIGIOUS RIGHT LAST YEAR
(REF. GRIEVANCE CASE # 20-19151) with out Any
ASSISTANCE OR REliEF.

RESOLUTION:. PLEASE STOP VIOLATING MY RELIGIOUS RIGHTS
AND CORRECTLY FIX THIS PROBLEM.

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Conrad A Tull-el  AU RIGHTS RESERVED UCC 1-308 | 04/12/2021 |

Have you discussed this with institution staff?   ☑ Yes   ☐ No

If yes, give the staff member name:   SGT. 4375 ROCHA

Distribution:   INITIAL: White and Canary - Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

R Bojorquez
04/12/21

802-11
6/25/14



# Inmate Grievance/Informal Response Notice
## Non-Medical

**Inmate Name:** CONRAD TULL

**ADC#:** 294591

**Prison/Unit:** YUMA/YUMA CHEYENNE

**Bldg/Bed:** Y02 207B08L

## Case #:21-029397

## Informal Complaint

**Type:** Informal Response

**Date Received:** 05/04/2021 12:07 PM

**Response Author:** ROGELIO BOJORQUEZ

**Responded On:** 05/04/2021 12:37:19 PM

**Decision:**

## Case Details

**Case Number:** 21-029397

**Grievance Status:** Open

## Case Data

**Prison of Complaint:** YUMA

**Opened Date:** 05/04/2021 12:07 PM

**Grievance Category:** Religion

**Unit of Complaint:** YUMA CHEYENNE

**Grievance Stage:** Informal Submitted

## Informal Grievance Response

**Grievance Date:** 04/12/2021 12:00:00 AM

**Response Due:** 05/25/2021 12:07 PM

**Issue:** Religious Diet

**Responder:** ROGELIO BOJORQUEZ

**Response:** In response to your Informal Complain Letter dated on 04/12/2021 regarding your issue with the portions received for your Ramadan Religious Diet. A review of your complain was completed and as you mentioned in your Informal Complain, this issue was fixed by Chaplin Kidwell and you are receiving the correct portions in your Ramadan Diet. I returned this Informal Complain as resolved. If you are not agreeing with this response, you may precede to the next level in the Grievance process with five work days of receipt this response.

☐Unprocessed

**Officer's Name:** BOJORQUEZ, ROGELIO NMI

**Notice:** If you are dissatisfied with the Informal Complaint Response, you may file a formal grievance (form 802-1 Inmate Grievance, and/or form 802-7 GF Supplement) within five (5) workdays from receipt of the above response to the Grievance Coordinator by:
• Placing a single complaint on a single Inmate Grievance form.

**NOTE: If multiple unrelated issues are on a single form or if a duplicate complaint is filed, the grievance shall be rejected and returned unprocessed.**

# EXHIBIT

## F



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Letter**

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT 1B 17L | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Tull, CONRAD -A · | 294591 | Yuma-Cheyenne | 01/04/2020 |

| TO : EACH WAS SENT TO :- ChAPLAINCY, COTII -SECURITY W. CLARK AND ADW. CAMACHO | LOCATION |
|---|---|

State briefly but completely the problem on which you desire assistance. Provide as many details as possible. The MUSLIM POPULATION IN PRISON OBSERVING their OBLIGATORY FAST FROM THE DIM BEGINNING OF DAWN To DUSK. FOR THE EnTIRE Month OF RAMADAN (THE 9th Month OF THE LUNAR CALENDAR), HAS BEEN GOING on FOR DECADES (ITS NOT NEW) THEREFORE I/WE WOULD VERY MUCH APPRECIATE (AS IS DONE IN LEVEL 4&5 FACILITIES), THAT ARRANGEMENTS / ACCOMMODATION BE MADE FOR AT LEAST ONE HOT MEAL DAILY, AND EARLY MEAL Turn Out AT THE APPRO-PRIATE TIMES DURING RAMADAN FOR MUSLIMS OBSERVING the Fast.

.   THE Month OF RAMADAN IS FAST APPROACHING. ITS SCHEDULED To COMMENCE ABOUT APRIL 20th. THEREFORE I'M SUBMITTING This REQUEST EARLY IN An ATTEMPT TO ALLOW YUMA-CHEYENNE UNIT'S ADMINISTRATION, SECURITY, KITCHEN AND ChAPLAINCY SUFFICIENT TIME To ALLOCATE THE NECESS-ARY RESOURCES To ADDRESS AND SATISFY SAID REQUEST.

In an ATTEMPT To PREVENT ANY UNNECESSARY HARDSHIP DUE To UNFORE-SEEN MISTAKES AND OR DELAYS, AND To FACILITATE A ConFLICT / PROBLEM FREE RAMADAN (IN REGARDS To MEALS). I HEREBY SUGGEST FOR PARTICIPATING MUSLIMS. THE EARLY Turn out FOR MORNING PRE DAWN MEALS (SAHOOR) SHOULD BE AT 3:30 AM AND THE EVENING Turn out NO LATER THAN 7:30 PM.   IF FOR ANY REASON THESE/This REQUEST CANNOT BE ACCOMMODATED I/WE WOULD VERY MUCH APPRECIATE A DISCUS SION with The PERSON(S) RESPONSIBLE FOR THESE chanGES. THAT WE MAY AGREE ON An EQUATABLE Solution \ REMEDY.

Thank You and God BLESS

| INMATE SIGNATURE   ConRAD Tull-el   ALL RIGHTS RESERVED UCC 1-308 | DATE (mm/dd/yyyy) |
|---|---|

Have You Discussed This With Institution Staff?   ☑ Yes   ☐ No

If yes, give the staff member's name: SGT. ARREGUNA. SGT. HERNANDEZ AND DWAR MC ADCREY

Note:  Using profanity, insulting, obscene, or abusive language and/or addressing staff with inappropriate names or making inappropriate remarks in this written correspondence (or verbal communication to staff concerning this correspondence), will not be tolerated and may result in no response to the correspondence and/or discipline pursuant to Department Order 803, Inmate Disciplinary Procedure.

Distribution:   Original – Master File
                Copy - Inmate

916-1
5/10/17

# EXHIBIT

# G



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

*Complaints are limited to one page and one issue. Please print all information.*

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | INSTITUTION/UNIT 7B - 8 | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| Tull, Conrad · A · | 294599 | Yuma · Cheyenne | 03/16/20 |

| TO | LOCATION |
|---|---|
| CO IV BOJORQUEZ | CHEYENNE UNIT |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

This is my second complaint. My first complaint was ( Chaplaincy CO IV security W. CLARK and the Deputy WARDEN) About the unreasonable and Discriminative Practice at Cheyenne unit That Deprives Muslims Fasting During Ramadan A Daily Hot Meal. When Everyone Else at This Facility receives two hot meals Daily. Also I'D Like To Address The Misconception That the First meal During the fast is any Time Before Sunrise :. According To Islamic Law, Fasting (Saum) signifies Abstaining from Eating, Smoking, Drinking And Sexual Intercourse From the Dim beginning of Dawn To Dusk :- " and seek for What Allah has ordained for you, and EAT and DRINK until the White Thread of Dawn Appears To you distinct from its Black Thread … then Complete The Fast Till The Night Appears" [Holy Quran 2:187] . & I am requesting That This Issue Be Rectified, and Fasting Muslims receive a Daily Hot Meal, and our Pre-Dawn Meal At Its Appropriate Time. I Never Got A Response To My First Complaint That I Sent To CO IV Security W. Clark In January 2020.
        Thank you And God Bless.

| INMATE SIGNATURE Conrad A Tull · | DATE *(mm/dd/yyyy)* |
|---|---|
| All Rights Reserved UCC 1-308 | 03/15/20 |

Have you discussed this with institution staff?   ☑ Yes   ☐ No

If yes, give the staff member name: SGT. Arreguina. SGT. Hernandez and D.WAP Mc Adorey

Distribution:   INITIAL: White and Canary - Inmate
        FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

*Complaints are limited to one page and one issue.   Please print all information.*

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | INSTITUTION/UNIT  7 B 8 | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| Tull, Conrad A. | 294591 | Yuma - CHEYENNE | 03/16/20 |

| TO | LOCATION |
|---|---|
| Chaplain BENACONZO | CHEYENNE UNIT |

State briefly but completely the problem on which you desire assistance.  Provide as many details as possible.

This is MY SECOND COMPLAINT, MY FIRST COMPLAINT was TO (CHAPLAINCY,
COIV SECURITY W. CLARK, AND THE DEPUTY WARDEN) About the
UNREASONABLE AND DISCRIMINATIVE PRACTICE AT CHEYENNE UNIT THAT
DEPRIVES Muslims Fasting During Ramadan A Daily HOT MEAL
WHEN EVERY ONE ELSE AT This Facility RECEIVES Two HOT MEALS
Daily.  ALSO I'D LIKE TO ADDRESS The MISCONCEPTION That The First
MEAL During the Fast is ANY TIME BEFORE Sunrise.  ACCORDING TO
Muslim LAW / ISLAMIC LAW, FASTING (SAUM) SIGNIFIES ABSTAIN-
ING FROM EATING, SMOKING, DRINKING AND SEXUAL Intercourse FROM
The Dim BEGINNING of DAWN TO Dusk; AND SEEK FOR what ALLAH
HAS ORDAINED FOR you, AND EAT AND DRINK UNTIL the White Thread
of DAWN APPEARS TO you Distinct FROM ITS BLACK Thread; ... Then
COMPLETE The Fast Till the NIGHT APPEARS" [HOLY Qur'RAN 2:187]
I am REQUESTING That This ISSUE BE RECTIFIED, And Fasting
MUSLIMS RECEIVE A DAILY HOT MEAL AND OUR PRE DAWN MEAL
AT ITS APPROPRIATE TIME.
I NEVER GOT A RESPONSE TO MY FIRST COMPLAINT That I
SENT TO The CHAPlaincy IN January 2020.
ThanK you AND GOD BLESS.

| INMATE SIGNATURE  Conrad A. Tull-el | DATE *(mm/dd/yyyy)* |
|---|---|
| ALL RIGHTS RESERVED   UCC 1-308 | 03/15/20 |

Have you discussed this with institution staff?   ☑ Yes   ☐ No

If yes, give the staff member name: SGT. ARREGUINA, SGT. HERNANDEZ AND DWAP   MC ADOREY

Distribution:   INITIAL:  White and Canary - Inmate
FINAL:  White – Inmate;  Canary – Grievance Coordinator File

802-11
6/25/14



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

*Complaints are limited to one page and one issue. Please print all information.*

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | INSTITUTION/UNIT TB 8 | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| Tull, Conrad · A. | 294391 | YUMA - CHEYENNE | 03/10/20 |

| TO | LOCATION |
|---|---|
| LIAISON   REBECCA HERNANDEZ | CHEYENNE UNIT |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

This is My Second Complaint, My First Complaint was To [Chaplaincy - COIII Security w/ CLARK and the DEPUTY WARDEN] About the UNREASONABLE and DISCRIMINATIVE PRACTICE AT CHEYENNE UNIT That DEPRIVES Muslims Fasting During RAMADAN A DAILY HOT Meal, when EVERYONE Else AT This FACILITY, RECEIVES TWO HOT MEALS DAILY, Also I'd LIKE To ADDRESS the MISCONCEPTION That THE FIRST MEAL During the Fast is ANYTIME BEFORE The SUNRISE := ACCORDING TO ISLAMIC LAW, FASTING (SAUM) SIGNIFIES ABSTAINING FROM EATING, SMOKING, DRINKING and SEXUAL INTERCOURSE FROM The DIM BEGINNING of DAWN -TO- DUSK, "... AND SEEK FOR what ALLAH HAS ORDAINED FOR you, and EAT and DRINK until The White Thread of DAWN APPEARS To you Distinct From Its Black THREAD ... Then Complete The Fast Till THE NIGHT APPEARS". [HOLY QUR'AN 2:187]
I AM REQUESTING That This ISSUE BE RECTIFIED, and Fasting MUSLIM RECEIVES A DAILY HOT MEAL, and our PREDAWN MEAL AT ITS APPROPRIATE TIME. Thankyou and GOD Bless.

[ I NEVER GOT A RESPONSE TO MY First Complaint ]

| INMATE SIGNATURE   Conrad Tull-el | DATE *(mm/dd/yyyy)* |
|---|---|
| All RIGHTS RESERVED UCC 1-308 | 03/13/20 |

Have you discussed this with institution staff?   ☑ Yes   ☐ No

If yes, give the staff member name: SGT. ARREGUIN, SGT. HERNANDEZ AND D. WAP  MC ADOREY

## PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, _CONRAD TULL_ , declare:

I am over 18 years of age and a party to this action. I am a resident of _ARIZONA_ _STATE PRISON COMPLEX (A.S.P.C.) - YUMA_ Prison, in the county of _YUMA_

State of **ARIZONA** My prison address is: _A.S.P.C.-YUMA; P.O. Box 8909,_ _SAN LUIS, AZ 85349_

On _NOVEMBER 26, 2021_ ,
(DATE)

I served the attached: _NOTICE OF FILING FIRST AMENDED_ _COMPLAINT_
(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows: _AN ORIGINAL AND ONE (1) COPY MAILED TO:_ _U.S. DISTRICT COURT CLERK; U.S. COURTHOUSE STE.130;_ _401 W. WASHINGTON ST.; PHOENIX, AZ 85003_
_ONE (1) COPY MAILED TO: ARIZONA ATTORNEY GENERAL'S OFFICE;_ _400 W. CONGRESS STE.315; TUCSON AZ 85701_

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed on _Nov. 26, 2021_
(DATE)

_____
(DECLARANT'S SIGNATURE)