WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Conrad Anthony Tull, | No. CV-21-00965-PHX-JJT (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Defendants. | |

The Court has considered Defendants' Motion to Continue Dispositive Motion Deadline (Doc. 41). Good cause appearing,

IT IS ORDERED granting the Motion to Continue Dispositive Motion Deadline (Doc. 41). The date by which dispositive motions not dependent on the development of the factual record shall be filed no later than **February 1, 2022**.

The remainder of the Scheduling Order (Doc. 10) is affirmed.

Dated this 21st day of January, 2022.

Honorable Eileen S. Willett
United States Magistrate Judge