WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Conrad Anthony Tull,<br><br>Plaintiff,<br><br>v.<br><br>David Shinn, et al.,<br><br>Defendants. | No. CV-21-00965-PHX-JJT (ESW)<br><br>**ORDER** |

The Court has considered Defendants' Motion for Extension of Time to File Dispositive Motions and to Complete Discovery (Doc. 65). Good cause appearing,

IT IS ORDERED granting Defendants' Motion for Extension of Time to File Dispositive Motions and to Complete Discovery (Doc. 65).

IT IS FURTHER ORDERED extending deadlines as follows:

| | |
|---|---|
| All discovery | **June 17, 2022** |
| Dispositive motions | **July 18, 2022** |

The remainder of the Court's orders regarding scheduling (Docs. 10, 29, 43, 58) are affirmed.

Dated this 17th day of May, 2022.

Honorable Eileen S. Willett
United States Magistrate Judge