**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Conrad Anthony Tull, | No. CV-21-00965-PHX-JJT (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Defendants. | |

The Court has considered Defendants' Motion to Exceed Page Limit for Dispositive Motion (Doc. 72). Good cause appearing,

IT IS ORDERED granting Defendants' Motion to Exceed Page Limit for Dispositive Motion (Doc. 72). The Clerk of Court is directed to file Defendants' Motion for Summary Judgment and Defendants' Separate Statement of Facts in Support of Motion for Summary Judgment, both lodged July 18, 2022.

Dated this 19th day of July, 2022.

Honorable Eileen S. Willett
United States Magistrate Judge